AO450 (Rev. 5/85)  Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN  DISTRICT OF  TEXAS

JOHN ROGERS
Plaintiff

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   W-12-CV-066

CENTRAL TEXAS VETERANS
HEALTH CARE SYSTEM
Defendant

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issued have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the above styled cause DISMISSED.  It is further

ORDERED that any other pending motions are hereby DENIED.

| | |
|---|---|
| October 18, 2012 | William G. Putnicki |
| Date | Clerk |

(By) Deputy Clerk